E-FILED
Wednesday, 01 June, 2022  02:38:32 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## IN THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GRACE O'SHEA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No: 4:20-cv-04243-SLD-JEH |
| vs. | ) | |
| | ) | |
| | ) | |
| **AUGUSTANA COLLEGE,** | ) | |
| **CONOR LARKIN, ERIN LARKIN,** | ) | **JURY TRIAL DEMANDED** |
| **TOM PHILLIS, KYLEE ROSS,** | ) | |
| **and LAURA SCHNACK,** | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff by and through her attorney, Nicole E. Gorovsky of Gorovsky Law LLC, files this Motion for Voluntary Dismissal of all of her claims against all parties without Prejudice.

1. On March 19, 2022, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum in Support (Docs 42 and 43).

2. Defendants move to dismiss this matter in light of a recent ruling out of the United States Supreme Court in Cummings v.Premier Rehab Keller, *P.L.L.C.*, 596 U.S. ___, 142 S. Ct. 1562 (2022).

3. After careful consideration of Defendants' Motion, Plaintiff has chosen to voluntarily dismiss all of the claims in this matter against all of the parties.

WHEREFORE, Plaintiff requests that this Court dismiss Plaintiff's claims without prejudice.

Respectfully submitted,

*/s/ Nicole E. Gorovsky*

Nicole Gorovsky, MO Bar #51046, IL Bar 6307588
GOROVSKY LAW, LLC
4500 W. Pine Blvd.
St. Louis, Missouri 63108
Phone: (314) 272-3255
Fax:    (314) 787-6101
Nicole@Gorovskylaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the United States

District Court for the Central District of Illinois' CM/ECF electronic filing system on this 1st day

of June 2022 to:

Michael T. Raupp
Husch Blackwell, LLP
4601 Main Street, Suite 1000
Kansas City, Missouri 64112
Michael.raupp@huschblackwell.com

Scott T. Warner
Mary Deweese
Husch Blackwell, LLP
120S. Riverside Plaza
Chicago, Illinois 60606
Scott.warner@huschblackwell.com
Mary.deweese@huschblacwell.com
*Attorneys for Defendants Augustana College*

*Tom Phillis, Kylee Ross and Laura Schanck*

Damon M. Cheronis
140 S. Dearborn Street, Suite 411
Chicago, Illinois 60603
damon@cheronislaw.com
*Attorney for Defendants Conor and Erin Larkin*

Andrew Miltenberg
Nicholas E. Lewis
Nisenoff & Miltenberg LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
amiltenberg@nmllplaw.com
nlewis@nmllplaw.com
*Attorney for Defendants Conor and Erin Larkin*

*/s/ Nicole E. Gorovsky*